Form defntc7

# UNITED STATES BANKRUPTCY COURT
### *Northern District of Illinois*
### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

---

In Re:

Eduardo R Morales Chavez
1427 5th Ave
Aurora, IL 60504
SSN: xxx–xx–8630 EIN: N.A.

Case No. :  21–10589

Chapter :   7

Judge :    Janet S. Baer

---

### NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **September 28, 2021.**

The Clerk has determined that you have failed to file or complete the following required documents:

· **Schedule A–B (Form 106A/B,206A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D,206D).**
· **Schedule E–F (Form 106E/F,206E/F).**
· **Schedule G (Form 106G,206G).**
· **Schedule H (Form 106H,206H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**
· **Statement of Financial Affairs (Form 107/207).**
· **Statement of Monthly Income (Form 122A–1/122A–1Supp).**

If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

FOR THE COURT

Dated: September 15, 2021

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court