Form defntc7

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Eduardo R Morales Chavez
1427 5th Ave
Aurora, IL 60504
SSN: xxx−xx−8630 EIN: N.A.

Case No. :   21−10589
Chapter :   7
Judge :   Janet S. Baer

### NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE

   Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **September 28, 2021.**

   The Clerk has determined that you have failed to file or complete the following required documents:

· **Schedule A−B (Form 106A/B,206A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D,206D).**
· **Schedule E−F (Form 106E/F,206E/F).**
· **Schedule G (Form 106G,206G).**
· **Schedule H (Form 106H,206H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**
· **Statement of Financial Affairs (Form 107/207).**
· **Statement of Monthly Income (Form 122A−1/122A−1Supp).**

   If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

FOR THE COURT

Dated: September 15, 2021

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 21-10589-JSB |
| Eduardo R Morales Chavez | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 15, 2021 | Form ID: defntc7 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eduardo R Morales Chavez, 1427 5th Ave, Aurora, IL 60504-8601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David H Cutler | on behalf of Debtor 1 Eduardo R Morales Chavez cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Frank J Kokoszka | trustee@k-jlaw.com  fkokoszka@ecf.axosfs.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 3