**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: IN RE: EDUARDO R. MORALES CHAVEZ   Case Number: 21-10589

An appearance is hereby filed by the undersigned as attorney for:

The Huntington National Bank

Attorney name (type or print): Debra Devassy Babu

Firm: Darcy & Devassy PC

Street address: 444 N. Michigan Ave, STE 3270

City/State/Zip: Chicago, IL 60611

Bar ID Number: 06282743
(See item 3 in instructions)

Telephone Number: 3127842400

Email Address: ddevassy@darcydevassy.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10.25.21

Attorney signature: S/ Debra Devassy Babu
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015